**Order entered July 27, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00159-CR

**JAMES OTIS JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-81551-2015**

## ORDER

Before the Court is appellant's July 25, 2017 third motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** the brief received July 25, 2017 filed as of the date of this order.

/s/     ADA BROWN
           JUSTICE